```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**KELVIN BERNARD ALLEN,**

    **Plaintiff,**

**V.**                                                    **NO. 09-2612-Ma**

**HUMANA INSURANCE COMPANY,**

    **Defendant.**


# JUDGMENT


    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Stipulation of Dismissal With Prejudice, docketed August 11, 2010.

## APPROVED:

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| August 11, 2010 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |